

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RECEIVED
3/6/19
MAR 06 2019 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

De'Moyne Blakemore
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago police Deptarment,

State's Attorney of Cook county, ILLINOIS
_____

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

1:19-cv-1590
Judge: Matthew Kennelly
Magistrate Judge: Sidney I. Schenkier
PC 9

Case No:
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: De'Moyne Blakemore

    B.    List all aliases: NA

    C.    Prisoner identification number: 20181228019

    D.    Place of present confinement: Cook County Jail

    E.    Address: P.O. Box # 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Chicago Police Deptarment
          Title: Police Officer's
          Place of Employment: Cook County of IL

    B.    Defendant: NA
          Title: State's Attorney of IL
          Place of Employment: Cook County of IL

    C.    Defendant: NA
          Title: NA
          Place of Employment: NA

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

 A. Name of case and docket number: _N/A_

 B. Approximate date of filing lawsuit: _N/A_

 C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

 D. List all defendants: _N/A_

 E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

 F. Name of judge to whom case was assigned: _N/A_

 G. Basic claim made: _N/A_

 H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

 I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On June 29, 2015 my sister home was raided on the 3400 block of Walnut. I was falsely arrest for two guns, multiple drugs, and paraphernalia my civil and Constitutional right's were violated. During my time of incarceration I ~~~~ suffer from depression, suicide attempts, lost of close friends and family, quality time with my 5 kids. I missed important holidays and birthdays from my family member's and kids.

2.) The police deptartment assassinated my character through out the community. I have caught multiple jailhouse charges during this time of false incarceration. CCDOC made me violated my I.D.O.C contract of parole with my "jailhouse" case.

3.) I would of never ~~~~ caught "jailhouse" cases if I was never falsely incarceration. I've suffered multiple physical injuries during assaults,

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-01590 Document #: 1 Filed: 03/06/19 Page 5 of 6 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

batteries, and jailhouse fights during this time falsely ~~incarcerated to~~ incarcerated. My family financial abilities were very low and had to go out there ways to support me while in cook county jail (as far as my trust fund account.)

4.) I was indicted by cook county state's Attorney for armed violence and went to trial for the charges and was found not guilty by cook county court house.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

U.S. Currency Compensation, Federal reserve note's.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of 2 , 20 19

*DeMoyne Blakemore*
(Signature of plaintiff or plaintiffs)

De'Moyne Blakemore
(Print name)

2018122 8019
(I.D. Number)

Cook county jail
PO Box #089002 Chicago IL
60608
(Address)